UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2402 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jeff Reyes-Mejia | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court.

Julia Franco-Perez

DATED: 8/13/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR., Clerk
by
Deputy Clerk   J. PARIS