FILED

08 AUG 13 PM 4:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   08CR 2723 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |
| JEFF REYES-MEJIA, | |
| Defendant. | |

The grand jury charges:

On or about July 31, 2008, within the Southern District of California, defendant JEFF REYES-MEJIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Julia Franco-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: August 13, 2008.

A TRUE BILL:

/s/ _____
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ MICHELLE M. PETTIT
MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:fer:San Diego
8/11/08