ZANDRA L. LOPEZ
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Magistrate Ruben B. Brooks, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj2402  08 CR 2723 DMS |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| JEFF REYES-MEJIA, | |
| Defendant. | |

    Defendant, JEFF REYES-MEJIA, hereby substitutes ZANDRA L. LOPEZ, Attorney at Law at 427 C Street, Suite 300, San Diego, California, telephone (619) 233-3169, as attorney of record in place and stead of Mark F. Adams, Attorney at 964 Fifth Avenue, Suite 335, San Diego, CA 92101.

Dated: 8-7-08                                          _____
                                                       JEFF REYES-MEJIA

Substitution of Attorney
United States vs. JEFF REYES-MEJIA

I consent to the above substitution.

Dated: Aug 14, 08

MARK F. ADAMS
Attorney of Record

Above substitution accepted.

Dated: 8-14-08

ZANDRA L. LOPEZ
Substituted Attorney for
JEFF REYES-MEJIA

**ORDER**

IT IS SO ORDERED.

Dated: 8/14/2008

MAGISTRATE RUBEN B. BROOKS
United States District Court Judge